W.H. GRIFFIN, TRUSTEE  Case #: 19-21719-13
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
Chapter 13 Case #: 19-21719-13
Date of Filing: August 14, 2019

Russell G Ferris                                    IN RE:
Sonya M Ferris                                      Russell G Ferris
33565 Metcalf Rd                                    Sonya M Ferris
Louisburg, KS 66053                                                    Debtors

**RECEIPTS**
For the Period from 1/1/2023 through 1/5/2024

W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 19-21719-13

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 1/5/23 | $315.00 | 1/12/23 | $315.00 | 1/26/23 | $315.00 | 2/9/23 | $315.00 |
| 2/23/23 | $315.00 | 3/9/23 | $315.00 | 3/14/23 | $315.00 | 3/22/23 | $315.00 |
| 3/23/23 | $315.00 | 4/6/23 | $315.00 | 4/11/23 | $315.00 | 4/21/23 | $315.00 |
| 4/26/23 | $315.00 | 5/5/23 | $315.00 | 5/9/23 | $315.00 | 5/18/23 | $315.00 |
| 5/23/23 | $315.00 | 5/23/23 | $900.00 | 6/2/23 | $315.00 | 6/7/23 | $315.00 |
| 6/15/23 | $315.00 | 6/20/23 | $315.00 | 6/30/23 | $315.00 | 7/6/23 | $110.00 |
| 7/13/23 | $315.00 | 7/18/23 | $315.00 | 7/27/23 | $349.62 | 8/2/23 | $349.62 |
| 8/10/23 | $349.62 | 8/15/23 | $349.62 | 8/24/23 | $349.62 | 8/29/23 | $349.62 |
| 9/8/23 | $349.62 | 9/12/23 | $132.28 | 9/12/23 | $349.62 | 9/21/23 | $349.62 |
| 9/26/23 | $349.62 | 10/5/23 | $349.62 | 10/11/23 | $349.62 | 10/20/23 | $349.62 |
| 10/24/23 | $349.62 | 11/3/23 | $349.62 | 11/7/23 | $349.62 | 11/17/23 | $349.62 |
| 11/22/23 | $349.62 | 11/30/23 | $349.62 | 12/12/23 | $349.62 | 12/15/23 | $349.62 |
| 12/19/23 | $349.62 | 1/2/24 | $349.62 | 1/4/24 | $349.62 | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $0.00 | 100.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | Russell G Ferris | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | WM LAW | ATTORNEY FEE | $3,605.00 | 100.00 | $2,939.59 | 0.00 | $0.00 | $665.41 |
| 1 | COMMUNITY AMERICA CF | UNSECURED | $1,043.69 | 10.51 | $34.94 | 0.00 | $0.00 | $74.75 |
| 2 | COMMUNITY AMERICA CF | ONGOING MORTGAGE | $0.00 | 100.00 | $22,067.18 | 0.00 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVIC | UNSECURED | $0.00 | 10.51 | $0.00 | 0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA | UNSECURED | $0.00 | 10.51 | $0.00 | 0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NA | UNSECURED | $0.00 | 10.51 | $0.00 | 0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NA | SECURED/SURRENDE | $72,141.88 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 7 | TD BANK USA, NA | UNSECURED | $412.59 | 10.51 | $13.82 | 0.00 | $0.00 | $29.54 |

W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 19-21719-13

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | WOLLEMI ACQUISITIONS, | SECURED | $36,212.27 | 100.00 | $28,770.12 | 6.75 | $6,835.43 | $7,442.15 |
| 9 | LVNV FUNDING | UNSECURED | $2,968.19 | 10.51 | $99.40 | 0.00 | $0.00 | $212.56 |
| 10 | VERIZON BY AMERICAN I | UNSECURED | $1,878.72 | 10.51 | $62.91 | 0.00 | $0.00 | $134.54 |
| 11 | QUANTUM3 GROUP | UNSECURED | $302.17 | 10.51 | $10.12 | 0.00 | $0.00 | $21.64 |
| 12 | LVNV FUNDING | UNSECURED | $0.00 | 10.51 | $0.00 | 0.00 | $0.00 | $0.00 |
| 13 | CITIBANK, N.A. | UNSECURED | $429.92 | 10.51 | $14.40 | 0.00 | $0.00 | $30.78 |
| 14 | RSH & ASSOCIATES LLC | UNSECURED | $341.82 | 10.51 | $11.45 | 0.00 | $0.00 | $24.48 |
| 15 | MATPSC | UNSECURED | $24,381.60 | 10.51 | $816.48 | 0.00 | $0.00 | $1,746.03 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 1/5/2024

Receipts: $67,395.53  Paid To Claims: $61,675.84  Trustee's Fees Paid: $4,765.24  Funds On Hand: $954.45

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS